# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2007

134442

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JOSHUA GARCIA, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

MICAH GARCIA and OFELIA GARCIA,
   Respondents-Appellants.

SC: 134442
COA: 273626
Kent CC
Family Division: 04-053306-NA

_____/

On order of the Court, the application for leave to appeal the June 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2007

_____
Clerk

s0807